IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Denise M. Colton, | ) | Case No. 20-23276 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Denise M. Colton, | ) | Related to Document No. 27 |
| Social Security No. XXX-XX- 8897 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Premier Medical Associates and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 12, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Premier Medical Associates
Attn: Payroll Dept.
3824 Northern Pike
Monroeville, PA 15146

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:   January 12, 2021    /s/ Julie Frazee Steidl
                                       Julie Frazee Steidl, Esquire
                                       STEIDL & STEINBERG
                                       28th Floor, Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       PA I.D. 35937