IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 20-23276 |
|  | Chapter 13 |
| Denise M. Colton, | Related to Docket No. 33 |
| *Debtor* | |
| | |
| Denise M. Colton, | |
| *Movant* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
| *Respondent* | |

## REPORT OF NO AUTOMOBILE FINANCING

AND NOW, comes the debtor, Denise M. Colton, by and through her attorney Julie Frazee Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1.  On March 1, 2021, this Honorable Court signed an Order authorizing the Debtor to purchase a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $450.00 per month.

2.  The debtor has decided that she does not wish to purchase a vehicle at this time.

WHEREFORE, the debtor, Denise M. Colton, respectfully files this report of no financing.

Respectfully submitted,

  March 30, 2021  
    DATE

/s/ Julie Frazee Steidl  
Julie Frazee Steidl, Esquire  
Attorney for the Debtors

STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  35937  
Julie.steidl@steidl-steinberg.com