FILED
8/18/21 5:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Denise M. Colton, *Debtor* | Case No. 20-23276 GLT<br>Chapter 13 |
| Denise M. Colton,<br>Social Security No. XXX-XX- 8897<br>*Movant* | Document No. WO-1<br><br>Related dkt. No. 38 |
| *vs.* | |
| Premier Medical Associates and<br>Ronda J. Winnecour, Trustee<br>*Respondents* | |

### CONSENT ORDER TO SUSPEND WAGE ATTACHMENT

AND NOW, to wit, this ___18th___ day of __August__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) Premier Medical Associates, Attn: Payroll Dept.,3824 Northern Pike, Monroeville, PA 15146, is hereby ordered to immediately and temporarily terminate the attachment of the wages of Denise M. Colton due to her being on short-term disability and in an inpatient facility.

2) The Debtor estimates that she will be in the inpatient facility for approximately 1 month and will return to work mid-September.

3) Once the Debtor has returned to work, an amended wage attachment motion will be filed with the court to restart the wage attachment and catch up on any arrears.

4) The Debtor is aware that they will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

5) While the Trustee consents to the reduction of the wage attachment to accommodate Debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate.

Dated: August 18, 2021

_____
GREGORY TADDONIO  hct
UNITED STATES BANKRUPTCY COURT

/s/ Kate DeSimone /s/ Julie Frazee Steidl
Kate DeSimone, Esquire Julie Frazee Steidl, Esquire
Office of the Chapter 13 Trustee Counsel for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: lfin | Page 2 of 2
Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6