FILED
12/7/21 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     )
                                           )
Denise M. Colton,                          )        Case No. 20-23276 GLT
    *Debtor*                  )        Chapter 13
                                           )
Denise M. Colton,                          )        Document No. WO-1
Social Security No. XXX-XX- 8897           )
    *Movant*                  )        Related Dkt. No. 65
                                           )
    *vs.*                     )
                                           )
Premier Medical Associates and             )
Ronda J. Winnecour, Trustee                )
    *Respondents*             )

## ORDER OF COURT

AND NOW, to wit, this ___7th___ day of __December_____, 2021, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Denise M. Colton be terminated immediately.

Employer:

**Premier Medical Associates**
**Attn: Payroll Dept.**
**3824 Northern Pike**
**Monroeville, PA 15146**

Dated: 12/7/21

_____
Honorable Gregory L. Taddonio    hct
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 20-23276-GLT

Denise M. Colton                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: mgut                                    Page 1 of 2

Date Rcvd: Dec 07, 2021                     Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Julie Frazee Steidl | |
| | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com |
| | leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: mgut                                    Page 2 of 2
Date Rcvd: Dec 07, 2021                       Form ID: pdf900                          Total Noticed: 1

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6