IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
|     *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
|     *Movant* | : | |
| | : | |
|     v. | : | |
| | : | |
| UPMC and | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     *Respondents* | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 13, 2021, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

UPMC
Attn: Payroll Dept.
4401 Penn Ave.
Pittsburgh, PA 15224

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service: December 13, 2021          /s/ Julie Frazee Steidl_____
                                                                              Julie Frazee Steidl, Esquire
                                                                              STEIDL & STEINBERG
                                                                              28th Floor, Gulf Tower
                                                                              707 Grant Street
                                                                              Pittsburgh, PA 15219
                                                                              (412) 391-8000
                                                                              PA I.D. 35937