FILED
3/10/22 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DENISE M. COLTON | ) |
| Debtor | ) Bankruptcy Case No. 20-23276-GLT |
| PEOPLES NATURAL GAS COMPANY, LLC | ) |
| | ) Related to Docket Nos. 78 |
| Movant, | ) Chapter 13 |
| vs. | ) |
| DENISE M. COLTON, and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) Hearing Date: 4/6/22 |
| | ) Hearing Time: 10:00 AM |
| Respondents. | ) |
| | ) |

## CONSENT ORDER OF COURT

AND NOW, to wit this __10th__ day of __March__, 2022, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

Dated: 3/10/22

_____ J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

Consented to by:

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esquire
Attorney for Debtor
Pa. I.D. No. 35937
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
412-391-8000
julie.steidl@steidl-steinberg.com

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Julie Frazee Steidl
    on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7