FILED
4/21/22 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | Related Dkt. No. 85 |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| UPMC and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

**AMENDED CONSENT ORDER TO SUSPEND WAGE ATTACHMENT**

AND NOW, to wit, this ____21st____ day of ____April____, 2022, it is hereby
ORDERED, ADJUDGED, and DECREED that:

1) UPMC, Attn: Payroll Dept., 4401 Penn Ave., Pittsburgh, PA 15224, is hereby ordered to immediately and temporarily terminate the attachment of the wages of Denise M. Colton due to her having surgery on April 18th.

2) The Debtor estimates that she will be off work recovering from the surgery for approximately one month.

3) Once the Debtor has returned to work, an amended wage attachment motion will be filed with the court to restart the wage attachment and catch up on any arrears.

4) The Debtor is aware that she will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

5) While the Trustee consents to the reduction of the wage attachment to accommodate Debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate.

Dated: 4/21/22

_____
Hon. Gregory L. Taddonio
U.S. Bankruptcy Judge

/s/ Kate DeSimone

Kate DeSimone, Esquire

Office of the Chapter 13 Trustee

/s/ Julie Frazee Steidl

Julie Frazee Steidl, Esquire

Counsel for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 20-23276-GLT

Denise M. Colton                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                            Page 1 of 2

Date Rcvd: Apr 21, 2022                        Form ID: pdf900                                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**             **Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

**Recip ID**                **Recipient Name and Address**
db                      +   Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

**Name**                            **Email Address**

Brian Nicholas
                     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Jeffrey Hunt
                     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Julie Frazee Steidl
                     on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com
                     leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
                     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7