IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  20-23276 |
|  | ) | Chapter 13 |
| Denise M. Colton, | ) | Related to Docket No. 100 |
| *Debtor* | ) | |
|  | ) | |
| Denise M. Colton, | ) | |
| *Movant* | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

## REPORT OF NO AUTOMOBILE FINANCING

AND NOW, comes the debtor, Denise M. Colton, by and through her attorney Julie Frazee Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On November 17, 2022, this Honorable Court signed an Order authorizing the Debtor to purchase a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $450.00 per month.

2. The debtor has decided that she does not wish to finance a vehicle at this time.

WHEREFORE, the debtor, Denise M. Colton, respectfully files this report of no financing.

Respectfully submitted,

  February 15, 2023       /s/ Julie Frazee Steidl
       DATE       Julie Frazee Steidl, Esquire
       Attorney for the Debtor

       STEIDL & STEINBERG
       Suite 2830 – Gulf Tower
       707 Grant Street
       Pittsburgh, PA  15219
       (412) 391-8000
       PA I. D. No.  35937
       Julie.steidl@steidl-steinberg.com