IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise M. Colton<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-23276-GLT |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　Movant.<br>v. | CHAPTER 13<br><br>Objections due by: **May 16, 2023** |
| Denise M. Colton<br>　　Debtor/Respondent, | Docket #: _____ |
| Ronda J. Winnecour, Trustee<br>　　Additional Respondent. | Related to Doc # _____ |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF NATIONSTAR MORTGAGE LLC AS SERVICER FOR LAKEVIEW
LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENTS:

　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 16, 2023** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

　　You should take this to your lawyer at once.

　　A hearing will be held on **May 31, 2023**, at **10:00 A.M.** before Judge Gregory L. Taddonio in U.S. Steel Tower, 600 Grant Street, 54th Floor, Courtroom A, Pittsburgh, PA 15219. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: 04/28/2023　　　　　　　　　　　　　*/s/Lorraine Gazzara Doyle*
　　　　　　　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle  34576
　　　　　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　　　　(610) 278-6800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise M. Colton<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Denise M. Colton<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-23276-GLT<br><br>CHAPTER 13<br><br>Objections due by: **May 16, 2023**<br><br>Docket #: _____<br><br>Related to Doc # _____ |

## CERTIFICATE OF SERVICE

I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Notice of Hearing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this  28th  day of           April          , 2023:

Denise M. Colton
544 Jefferson Road
Pittsburgh, PA 15235

Julie Frazee Steidl, Esquire
707 Grant Street, Suite 2830
Gulf Building
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

United States Trustee
Sent via electronic notification ustpregion03.pi.ecf@usdoj.gov

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/Lorraine Gazzara Doyle
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com