Case 20-23276-GLT    Doc 139    Filed 06/01/23    Entered 06/01/23 11:24:55    Desc Main
Document    Page 1 of 1
FILED
6/1/23 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-23276-GLT |
| | : | Chapter: | 13 |
| Denise M. Colton | : | | |
| | : | | |
| | : | Date: | 5/31/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** # 135 Motion for Relief from Stay re: 544 Jefferson Road, Pittsburgh, PA 15235 f filed by Lakeview Loan Servicing, LLC
# 138 - Response filed by the Debtor

**APPEARANCES:**
Debtor:     Abagale Steidl
Trustee:    Owen Katz
Lakeview:   Lorraine Gazzara Doyle

**NOTES:** [10:06]

Doyle: Have reached a resolution, going to circulate an order. Asking for 30 days.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion of Nationstar Mortgage LLC as Servicer for Lakeview Loan Servicing, LLC for Relief from the Automatic Stay Under Section § 362(d)* [Dkt. No. 135] is DENIED as withdrawn, pursuant to the terms of a forthcoming stipulated order which shall be filed under a certification of counsel, on or before June 30, 2023. [Text order].

**DATED:** 5/31/2023