IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise M. Colton<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Denise M. Colton<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER 20-23276-GLT<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                            Respectfully submitted,

Dated:  June 30, 2023                          BY:*/s/ Christopher A. DeNardo*
                                                            Christopher A. DeNardo 78447
                                                            LOGS Legal Group LLP
                                                            3600 Horizon Drive, Suite 150
                                                            King of Prussia, PA 19406
                                                            (610) 278-6800
                                                            logsecf@logs.com

LLG File #: 22-067411

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise M. Colton<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-23276-GLT |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v.<br><br>Denise M. Colton<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　　I, the undersigned, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 30th day of June, 2023:

Denise M. Colton
544 Jefferson Road
Pittsburgh, PA 15235

Julie Frazee Steidl, Esquire
707 Grant Street, Suite 2830
Gulf Building
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com