1 Colton Stipulation Bankruptcy Case # 20-23276-GLT

FILED
7/3/23 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise M. Colton<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>20-23276-GLT |
| Nationstar Mortgage LLC as servicer for<br>Lakeview Loan Servicing, LLC<br>  Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Denise M. Colton<br>  Debtor/Respondent, | Related dkt. No. 142 |
| Ronda J. Winnecour, Trustee<br>  Additional Respondent. | |

### MODIFIED STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

  NOW this __3rd__ day of __July__, 2023, in said District, upon agreement of the parties:

  This Court FINDS that Nationstar Mortgage LLC, as servicer for Lakeview Loan Servicing ("Movant") holds a secured interest on Debtor's real estate located at 544 Jefferson Road, Pittsburgh, PA 15235, as evidenced by the Note and Mortgage attached to Movant's Motion for Relief filed on April 28, 2023. Said Motion was filed due to the failure to make timely monthly plan payments to the Chapter 13 Trustee.

  To resolve the pending Motion for Relief and thereto at Document No. 135, the parties agree to grant the motion and accord stay relief to Movant, subject to the restrictions set forth in the following paragraph.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as Debtor make each and every plan payment in the current amount of $1,433.00 in a timely and complete manner beginning with the June 2023 full plan payment stated in the Debtor's most recent filed plan. Should the Debtor default in any plan payment, upon Affidavit of creditor's counsel or the Trustee, relief shall be immediately effective without further Order of the Court. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Movant and that counsel has reviewed the

2 Colton Stipulation Bankruptcy Case # 20-23276-GLT

Trustee's internet site and that a default is evident according to the Trustee's records. Additionally, a copy of the Trustee's report showing the default must be attached to the Affidavit.

_____
Honorable Gregory L. Taddonio    hct
U.S. Bankruptcy Court Judge

| /s/ Christopher A. DeNardo | /s/ Julie Frazee Steidl |
|---|---|
| Christopher A. DeNardo | Julie Frazee Steidl |
| PA I.D. #78447 | PA I.D. #35937 |
| Attorney for Movant | Attorney for Debtor |
| LOGS Legal Group, LLP | Steidl & Steinberg |
| 3600 Horizon Dr., Suite 150 | 707 Grant St., 28th Floor |
| King of Prussia, PA  19406 | Pittsburgh, PA 15219 |
| 610-278-6800 | 412-391-8000 |
| logsecf@logs.com | Julie.steidl@steidl-steinberg.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 03, 2023 Form ID: pdf900 Total Noticed: 1

jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lorraine Gazzara Doyle
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ldoyle@logs.com, logsecf@logs.com

Lorraine Gazzara Doyle
    on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 11