IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Forefront Dermatology and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on August 29, 2023, a true and correct copy of the *Amended Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Forefront Dermatology
Attn: Payroll
2790 Mosside Blvd. #720
Monroeville, PA 15146

**Served by ECF:**
Ronda J. Winnecour, Trustee

Date of Service: August 29, 2023        /s/ Julie Frazee Steidl_____
                                                           Julie Frazee Steidl, Esquire
                                                           STEIDL & STEINBERG
                                                           28th Floor, Gulf Tower
                                                           707 Grant Street
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           PA I.D. 35937