IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
|     *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
|     *Movant* | : | Related to Docket No. 162 |
| | : | |
| v. | : | |
| | : | |
| Journey Healthcare and | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     *Respondents* | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on February 12, 2024, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Journey Healthcare
Attn: Payroll Dept.
4262 Old William Penn Highway, Suite 200
Murrysville, Pa 15668

**Served by ECF:**
Ronda J. Winnecour, Trustee

Date of Service: February 12, 2024       /s/ Julie Frazee Steidl
                                                          Julie Frazee Steidl, Esquire
                                                          STEIDL & STEINBERG
                                                          28th Floor, Gulf Tower
                                                          707 Grant Street
                                                          Pittsburgh, PA 15219
                                                          (412) 391-8000
                                                          PA I.D. 35937