IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Journey Healthcare and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on February 28, 2024, a true and correct copy of the *Amended Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS**
Denise Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Journey Healthcare
Attn: Payroll Dept.
4262 Old William Penn Highway, Suite 200
Murrysville, Pa 15668

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: February 28, 2024      /s/ Julie Frazee Steidl___
                                                                        Julie Frazee Steidl, Esquire
                                                                        Attorney for the Debtor
                                                                        STEIDL & STEINBERG
                                                                        2830 Gulf Tower
                                                                        707 Grant Street
                                                                        Pittsburgh, PA  15219
                                                                        (412) 391-8000
                                                                        julie.steidl@steidl-steinberg.com
                                                                        PA I.D. No. 35937