IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Denise M. Colton** | : : : : | Bankruptcy No. **20-23276** |
| | : | Chapter **13** |
| Debtor | : : : | Related to Document No. |
| **Denise M. Colton** | : : | |
| Movant | : : : : | |
| v. | : : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Julie Frazee Steidl 35937**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Julie Frazee Steidl**
Signature
**Julie Frazee Steidl 35937**
Typed Name
**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**35937 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

American Credit Acceptance
PO Box 204531
Dallas, TX 75320-4531