IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Journey Healthcare and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 26, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Journey Healthcare
Attn: Payroll Dept.
4262 Old William Penn Highway
Suite 200
Murrysville, PA 15668

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: March 26, 2024         /s/ Julie Frazee Steidl     __
                                        Julie Frazee Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        julie.steidl@steidl-steinberg.com
                                        PA I.D. No. 35937