FILED
3/29/24 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-23276 GLT |
| | ) | Chapter 13 |
| Denise M. Colton, | ) | Related to Docket No. 156 |
| *Debtor* | ) | |
| | ) | |
| Denise M. Colton, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

**CONSENT ORDER AMENDING CONFIRMATION ORDER DATED MARCH 17, 2023**

AND NOW, comes the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on November 23, 2020;
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on January 16, 2024.
3. The Debtor was approved for financing through American Credit Acceptance. The monthly payment is $489.04 and the first payment is due by March 8, 2024. The Debtor has provided the Trustee with the account number.
4. The Debtor has filed an amended plan to include the new obligation, and the confirmation hearing is scheduled for April 18, 2024 at 9:00 a.m.
5. The Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The March 17, 2023, order confirming Debtor's plan dated February 15, 2023 on a final basis, is hereby amended to include, under Part "1.K." the following: The Trustee is authorized to pay adequate protection payments to American Credit Acceptance in the

monthly sum of $489.04 beginning with the first payment due March 8, 2024 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Julie Frazee Steidl
Julie Frazee Steidl, Esq.
Attorney for Debtors

/s/ Kate DeSimone
Kate DeSimone, Esq.
Office of the Chapter 13 Trustee

So Ordered:

_____
Gregory L. Taddonio    drb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-23276-GLT
Denise M. Colton  Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Mar 29, 2024  Form ID: pdf900  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |
| 15314144 | + | Georgetta Colton, 118 Oak Manor Place, Pittsburgh, PA 15235-2640 |
| 15314150 | + | Law Offices of Patenaude & Felix APC, 501 Corporate Drive, South Pointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15314159 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |
| 15314621 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:17:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:18:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 30 2024 00:00:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15694817 | | Email/Text: bankruptcy@acacceptance.com | Mar 30 2024 00:01:00 | American Credit Acceptance, PO Box 204531, Dallas, TX 75320-4531 |
| 15314136 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | Capital One Bank, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15428357 | + | Email/Text: bankruptcy@clearviewfcu.org | Mar 30 2024 00:01:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp., PA 15108-4212 |
| 15314139 | + | Email/Text: bankruptcy@sw-credit.com | Mar 30 2024 00:01:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15314140 | + | Email/Text: BKPT@cfna.com | Mar 30 2024 00:00:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15314142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:30 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15314141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2024 00:17:56 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15334917 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 30 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314143 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2024 00:00:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15314145 | | Email/Text: bankruptcy@huntington.com | | |

Case 20-23276-GLT   Doc 182   Filed 03/31/24   Entered 04/01/24 00:24:42   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 29, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15314146 | + | Email/Text: bankruptcy@huntington.com | Mar 30 2024 00:01:00 | Huntington Natl Bk, Po Box 1558, Columbus, OH 43216-1558 |
| | | | Mar 30 2024 00:01:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15314138 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2024 00:18:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15314137 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2024 00:18:12 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15319268 | + | Email/Text: RASEBN@raslg.com | Mar 30 2024 00:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15314147 | ^ | MEBN | Mar 29 2024 23:56:35 | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 15329206 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2024 00:00:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15314149 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2024 00:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15314148 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2024 00:00:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15639439 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 30 2024 00:00:00 | Lakeview Loan Servicing, LLC, c/o Rightpath Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15695624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 30 2024 00:00:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15314152 | | Email/Text: camanagement@mtb.com | Mar 30 2024 00:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15314151 | | Email/Text: camanagement@mtb.com | Mar 30 2024 00:01:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15331266 | | Email/Text: camanagement@mtb.com | Mar 30 2024 00:01:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15320092 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2024 00:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15508163 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 30 2024 00:00:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15314156 | + | Email/PDF: pa_dc_claims@navient.com | Mar 30 2024 00:18:13 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314153 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 30 2024 00:17:50 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15320456 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 30 2024 00:17:29 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15335537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:17:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15319851 | + | Email/Text: ebnpeoples@grblaw.com | Mar 30 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15314160 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2024 00:17:28 | SYNCB/Walmart, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15314161 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15314162 | + | Email/Text: bncmail@w-legal.com | Mar 30 2024 00:01:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15329441 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 30 2024 00:00:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15314616 | + | Email/Text: bankruptcy@huntington.com | Mar 30 2024 00:01:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15314163 | ^ | MEBN | Mar 29 2024 23:56:38 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15327465 | | Email/Text: BNCnotices@dcmservices.com | Mar 30 2024 00:01:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2024 00:00:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15314164 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2024 00:00:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15331981 | | Email/PDF: ebn_ais@aisinfo.com | Mar 30 2024 00:17:29 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15314166 | | Email/Text: pitbk@weltman.com | Mar 30 2024 00:00:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314157 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314158 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314154 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15314155 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15418530 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| Name | Details |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10