IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | |
| | : | |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| UPMC Shadyside Dermatology and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 19, 2024, a true and correct copy of the *Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise M. Colton
544 Jefferson Rd
Pittsburgh, PA 15235

Upmc Shadyside Dermatology
Attn: Payroll Dept.
Shadyside Place
580 S Aiken Ave, Suites 200-202
Pittsburgh, PA 15232

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: August 19, 2024         /s/ Julie Frazee Steidl
                                         Julie Frazee Steidl, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         2830 Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         julie.steidl@steidl-steinberg.com
                                         PA I.D. No. 35937