IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/16/24 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christine A. Garbin, ) | Bankruptcy No. 23-21165-GLT |
| ) | Chapter 13 |
| Debtor ) | Document No. 41 |
| ) | |
| Christine A. Garbin, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondent ) | |

**CONSENT ORDER BETWEEN DEBTOR AND CHAPTER 13 TRUSTEE REGARDING DEBTOR'S REQUEST DISBURSE 401(K) FUNDS TO PAY FOR REAL ESTATE TAXES AND OTHER EXPENSES**

AND NOW comes the debtor, Christine A. Garbin, by and through her attorney, Kenneth Steidl and Steidl and Steinberg, P.C., and respectfully represents as follows:

1. This case was commenced on May 30, 2023 when the debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Debtor does not have a lump sum with which to pay her real estate taxes for the upcoming year, which she anticipates will be approximately $4,200.00 and are not escrowed in her mortgage payment. She also needs car repairs and a furnace repair.

3. Debtor wishes to take a distribution from her 401(k) in the amount of $5,000.00 in order to pay for these expenses.

WHEREFORE, the Debtor, Christine A. Garbin, respectfully requests this Honorable Court approve her to take a 401(k) distribution per the above terms.

Respectfully Submitted,

November 26, 2024          /s/ Kenneth Steidl
DATE                       Kenneth Steidl, Esquire
                           Attorney for the Debtor

Steidl & Steinberg, PC
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | |
|---|---|
| <u>December 1, 2024</u><br>DATE | <u>/s/Katherine M. DeSimone</u><br>Katherine M. DeSimone, Esquire<br>Attorney for Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>412-471-5566 |

IT IS SO ORDERED this 16th day of December 2024.

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Dec 16, 2024     Form ID: pdf900     Total Noticed: 1

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Roger Fay
  on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10