FILED
12/16/24 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23276 GLT |
| | : | Chapter 13 |
| Denise M. Colton, | : | Motion No. WO-1 |
| *Debtor* | : | |
| | : | Related dkt. No. 195 |
| Denise M. Colton, | : | |
| Social Security No. XXX-XX- 8897 | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| UPMC Shadyside Dermatology and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| *Respondents* | : | |

### CONSENT ORDER TO SUSPEND WAGE ATTACHMENT FOR FOUR CYCLES

AND NOW, to wit, this __16th__ day of __December__, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) Upmc Shadyside Dermatology, Attn: Payroll Dept., Shadyside Place, 580 S Aiken Ave, Suites 200-202, Pittsburgh, PA 15232, is hereby ordered to immediately suspend the attachment of the wages of Denise M. Colton for the next four semi-monthly paychecks she receives.

2) The Debtor is having surgery on December 4th and she estimates that she will be off work recovering from the surgery for approximately one month.

3) The employer is to restart payroll deductions at the full amount of $1,030.00 from each semi-monthly paycheck to the Chapter 13 Trustee after four pay cycles have passed with no wage attachment. It is the Debtor's responsibility to ensure that the wage attachment resumes in a timely manner.

4) The Debtor is aware that she will be required to make up any payments that have been missed within the remaining months of the case and that the unsecured creditors cannot be reduced to allow for the payments to be caught up.

5) While the Trustee consents to the reduction of the wage attachment to accommodate Debtor's circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate.

Dated: 12/16/24

_____
Hon. Gregory L. Taddonio
U.S. Bankruptcy Judge

| | |
|---|---|
| /s/ Kate DeSimone | /s/ Julie Frazee Steidl |
| Kate DeSimone, Esquire | Julie Frazee Steidl, Esquire |
| Office of the Chapter 13 Trustee | Counsel for the Debtor |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

**Recip ID    Recipient Name and Address**
db           + Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

Christopher A. DeNardo
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com

Christopher A. DeNardo
                on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com

Denise Carlon
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Julie Frazee Steidl
                on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com
                abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 16, 2024 | Form ID: pdf900 | Total Noticed: 1

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Lakeview Loan Servicing  LLC rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10