Form COD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankruptcy Case No.: 20−23276−GLT
Chapter: 13

**Denise M. Colton**

Debtor(s)

### ORDER DIRECTING FURTHER ACTION IN RESPONSE TO CHAPTER 13
### TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and is in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **twenty−one (21) days from the date of this Order,** Debtor(s) must file (1) *Documentary Proof of Payment* according to the accompanying *Instructions,* (2) a *Notarized Affidavit or Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes (a) an explanation of Debtor(s)' failure to comply with the current plan payment and/or (b) a statement setting forth why the Debtor(s) disputes the *Certificate of Default.*

**IT IS FURTHER ORDERED** that to the extent the Debtor(s) does not contest that the Debtor(s) is in default of the current plan, the Debtor(s) shall file **one** of the following within twenty−one (21) days of the date of this Order to avoid dismissal of the instant bankruptcy case:

  A. a *Notice of Proposal to Cure Plan Defaults* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−4.pdf). Said Notice shall include a date and time for the Conciliation Conference on the proposed cure selected from a date listed on the Trustee's Website, which date shall be no less than 30 and no more than 60 days after the date of the Notice;

**OR**

  B. a *Notice of Proposed Modification to Plan* (in a form which substantially complies with the form found on Judge Taddonio's 'Forms' webpage and can be directly accessed at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−5.pdf) and an *Amended Plan*. (in accordance with the provisions of the *Chapter 13 Initial Case Management Order*) to the extent the Debtor(s) assert they can confirm and perform an *Amended Plan* to remain in Chapter 13. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) defaults on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing;

**OR**

  C. a *Stipulated Order Modifying Plan* in a form that substantially complies with the form available on Judge Taddonio's 'Forms' webpage (and which can be directly access at https://www.pawb.uscourts.gov/sites/default/files/forms/GLT−form−ch13−3.pdf), and filed in accordance with the procedures as set forth in the *Chapter 13 Initial Case Management Order* regarding Stipulated Orders Modifying Plans.

Provided the Debtor(s) files a *Notice of Proposal to Cure Plan Defaults* or a *Notice of Proposed Modification to Plan* and *Amended Plan* the matter will follow the Court's standard conciliation/confirmation process as set forth in the *Chapter 13 Initial Case Management Order.*

Dated: October 10, 2025  Gregory L Taddonio
United States Bankruptcy Judge

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment. The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |
| 15329206 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15314150 | + | Law Offices of Patenaude & Felix APC, 501 Corporate Drive, South Pointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15314159 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:36:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:35:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 15 2025 03:26:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15694817 | | Email/Text: bankruptcy@acacceptance.com | Oct 15 2025 03:27:00 | American Credit Acceptance, PO Box 204531, Dallas, TX 75320-4531 |
| 15314136 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2025 03:27:00 | Capital One Bank, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15314137 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 15 2025 03:36:10 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15314138 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 15 2025 03:36:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15428357 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 15 2025 03:27:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp., PA 15108-4212 |
| 15314139 | + | Email/Text: bankruptcy@sw-credit.com | Oct 15 2025 03:27:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15314140 | + | Email/Text: BKPT@cfna.com | Oct 15 2025 03:26:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15314142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2025 03:36:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15314141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-23276-GLT   Doc 215   Filed 10/16/25   Entered 10/17/25 00:44:00   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 15 2025 03:36:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15334917 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2025 03:27:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314143 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 15 2025 03:26:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15314145 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2025 03:27:00 | Huntington Natl Bk, Po Box 1558, Columbus, OH 43216-1558 |
| 15314146 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2025 03:27:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15319268 | + | Email/Text: RASEBN@raslg.com | Oct 15 2025 03:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15314147 | ^ | MEBN | Oct 15 2025 03:23:20 | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 15314149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:35:59 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15314148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 15 2025 03:35:59 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15639439 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:26:00 | Lakeview Loan Servicing, LLC, c/o Rightpath Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15695624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:26:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15314152 | | Email/Text: camanagement@mtb.com | Oct 15 2025 03:27:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15314151 | | Email/Text: camanagement@mtb.com | Oct 15 2025 03:27:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15331266 | | Email/Text: camanagement@mtb.com | Oct 15 2025 03:27:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15320092 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2025 03:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15508163 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 15 2025 03:26:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15314156 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Oct 15 2025 03:36:10 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314153 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 15 2025 03:36:22 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15320456 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 15 2025 03:36:20 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15335537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:36:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15319851 | + | Email/Text: ebnpeoples@grblaw.com | Oct 15 2025 03:26:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15314160 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:35:59 | SYNCB/Walmart, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15314621 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2025 03:36:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15314161 | + | Email/Text: bncmail@w-legal.com | | |

Case 20-23276-GLT   Doc 215   Filed 10/16/25   Entered 10/17/25 00:44:00   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15314162 | + | Email/Text: bncmail@w-legal.com | Oct 15 2025 03:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| | | | Oct 15 2025 03:27:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15329441 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 15 2025 03:26:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15314616 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2025 03:27:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15314163 | ^ | MEBN | Oct 15 2025 03:23:22 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15327465 | | Email/Text: BNCnotices@dcmservices.com | Oct 15 2025 03:27:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2025 03:26:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15314164 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2025 03:26:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15331981 | | Email/PDF: ebn_ais@aisinfo.com | Oct 15 2025 03:36:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15314166 | | Email/Text: pitbk@weltman.com | Oct 15 2025 03:26:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314157 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314158 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314154 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15314155 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15418530 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15314144 | ##+ | Georgetta Colton, 118 Oak Manor Place, Pittsburgh, PA 15235-2640 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2025    Signature:    /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 14, 2025 | Form ID: pdf900 | Total Noticed: 48

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10