**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Denise M. Colton** | : | Case No. 20−23276−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 214 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 6th of November, 2025,** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23276-GLT |
| Denise M. Colton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise M. Colton, 544 Jefferson Rd, Pittsburgh, PA 15235-3725 |
| 15329206 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15314150 | + | Law Offices of Patenaude & Felix APC, 501 Corporate Drive, South Pointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 15314159 | + | Riverset Credit Union, 53 South Tenth St, Pittsburgh, PA 15203-1142 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:13:55 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:13:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 07 2025 00:10:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15694817 | | Email/Text: bankruptcy@acacceptance.com | Nov 07 2025 00:11:00 | American Credit Acceptance, PO Box 204531, Dallas, TX 75320-4531 |
| 15314136 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2025 00:11:00 | Capital One Bank, c/o Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15314137 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 07 2025 00:29:12 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15314138 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 07 2025 00:13:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15428357 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 07 2025 00:11:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Twp., PA 15108-4212 |
| 15314139 | + | Email/Text: bankruptcy@sw-credit.com | Nov 07 2025 00:11:00 | Comcast, c/o Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15314140 | + | Email/Text: BKPT@cfna.com | Nov 07 2025 00:10:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 15314142 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2025 00:30:43 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15314141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 20-23276-GLT    Doc 217    Filed 11/08/25    Entered 11/09/25 00:28:03    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 07 2025 00:29:59 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15334917 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 07 2025 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314143 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 07 2025 00:10:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15314145 | + | Email/Text: bankruptcy@huntington.com | Nov 07 2025 00:11:00 | Huntington Natl Bk, Po Box 1558, Columbus, OH 43216-1558 |
| 15314146 | + | Email/Text: bankruptcy@huntington.com | Nov 07 2025 00:11:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15319268 | + | Email/Text: RASEBN@raslg.com | Nov 07 2025 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15314147 | ^ | MEBN | Nov 07 2025 00:08:25 | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, Philadelphia, PA 19106-1541 |
| 15314149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2025 00:30:43 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15314148 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2025 00:29:58 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15639439 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2025 00:10:00 | Lakeview Loan Servicing, LLC, c/o Rightpath Servicing, LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 15695624 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2025 00:10:00 | Lakeview Loan Servicing, LLC, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 15314152 | | Email/Text: camanagement@mtb.com | Nov 07 2025 00:11:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15314151 | | Email/Text: camanagement@mtb.com | Nov 07 2025 00:11:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15331266 | | Email/Text: camanagement@mtb.com | Nov 07 2025 00:11:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15320092 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2025 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15508163 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2025 00:10:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15314156 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 07 2025 00:13:21 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314153 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 07 2025 00:13:58 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15320456 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 07 2025 00:29:12 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15335537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:13:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15319851 | + | Email/Text: ebnpeoples@grblaw.com | Nov 07 2025 00:10:00 | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Floor, Pittsburgh, PA 15219-6101 |
| 15314160 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:13:54 | SYNCB/Walmart, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15314621 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2025 00:29:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15314161 | + | Email/Text: bncmail@w-legal.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 48 |

| | | | Nov 07 2025 00:10:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
|---|---|---|---|---|
| 15314162 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 07 2025 00:10:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15329441 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Nov 07 2025 00:10:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 15314616 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Nov 07 2025 00:11:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15314163 | ^ | MEBN | | |
| | | | Nov 07 2025 00:08:27 | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15327465 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Nov 07 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15314165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 07 2025 00:10:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15314164 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Nov 07 2025 00:10:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 15331981 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 07 2025 00:29:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15314166 | | Email/Text: pitbk@weltman.com | | |
| | | | Nov 07 2025 00:10:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Pittsburgh, PA 15219-1842 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15314157 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314158 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15314154 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15314155 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15418530 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15314144 | ##+ | Georgetta Colton, 118 Oak Manor Place, Pittsburgh, PA 15235-2640 |

TOTAL: 2 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2025       Signature:       /s/Gustava Winters

Case 20-23276-GLT   Doc 217   Filed 11/08/25   Entered 11/09/25 00:28:03   Desc
Imaged Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: pdf900 | Total Noticed: 48 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Julie Frazee Steidl | on behalf of Debtor Denise M. Colton julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10