**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENISE M. COLTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-23276 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/23/2020 and confirmed on 12/28/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,236.48 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,231.49 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 3,065.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,565.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 34,155.76 | 0.00 | 34,155.76 |
|     Acct: 3356 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 10,656.15 | 1,585.45 | 0.00 | 1,585.45 |
|     Acct: 3356 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 659.06 | 659.06 | 425.82 | 1,084.88 |
|     Acct: 2264 | | | | |
| | | | | 36,826.09 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENISE M. COLTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENISE M. COLTON | 4.99 | 4.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 1,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 20-23276 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| CLEARVIEW FCU** | 7,024.00 | 7,024.00 | 0.00 | 7,024.00 |
| Acct: 1671 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,107.26 | 0.00 | 3,107.26 |
| Acct: 8552 | | | | |
| AMERICAN CREDIT ACCEPTANCE* | 0.00 | 6,708.50 | 0.00 | 6,708.50 |
| Acct: 2320 | | | | |
| | | | | 16,839.76 |
| Unsecured | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,916.18 | 0.00 | 0.00 | 0.00 |
| Acct: 5945 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 879.25 | 0.00 | 0.00 | 0.00 |
| Acct: 7125 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2014 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5030 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3960 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 474.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8364 | | | | |
| KOHLS | 547.62 | 0.00 | 0.00 | 0.00 |
| Acct: 4574 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 11,820.68 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0930 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0930 | | | | |
| RIVERSET CREDIT UNION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 5,364.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1205 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7224 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,148.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 984.83 | 0.00 | 0.00 | 0.00 |
| Acct: 2443 | | | | |
| UPMC PHYSICIAN SERVICES | 916.22 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| UPMC PHYSICIAN SERVICES | 1,233.14 | 0.00 | 0.00 | 0.00 |
| Acct: 8897 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,762.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 99.29 | 0.00 | 0.00 | 0.00 |
| Acct: 8628 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 5,808.13 | 0.00 | 0.00 | 0.00 |
| Acct: 2264 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1201 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GEORGETTE COLTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-23276 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|     KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |
|     ALBERTELLI LAW | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |
|     PATENAUDE AND FELIX APC | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |
|     TRANSWORLD SYSTEMS | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |
|     WELTMAN WEINBERG & REIS CO LPA** | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 53,665.85 |
|---|---|---|
| TOTAL CLAIMED | | |
|   PRIORITY | 7,024.00 | |
|   SECURED | 11,315.21 | |
|   UNSECURED | 33.955.26 | |

Date: 12/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com